UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,, <br><br> Plaintiff, <br><br> vs. <br><br> TORDSEN, et al, <br><br> Defendants. <br> _____/ | 1:12-cv-0105-AWI-MJS (PC) <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER <br><br> (ECF No. 16) |

Plaintiff Lanard Kitchens ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 24, 2012.

The Court, on January 26, 2012, ordered Plaintiff to either consent to or decline Magistrate Judge jurisdiction by March 1, 2012. (ECF No. 4.) Plaintiff failed to respond. The Court on March 13, 2012, gave him another opportunity, until April 16, 2012, to consent or decline Magistrate Judge jurisdiction. (ECF No. 11.) This deadline also passed without a response from Plaintiff. On May 11, 2012, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 16.) Plaintiff submitted a response on May 16, 2012 (ECF No. 17) and declined Magistrate Judge jurisdiction on May 22, 2012 (ECF No. 20). The Court has considered the merits of Plaintiff's response and, based on Plaintiff's representations therein, will exercise leniency and discharge the order to show cause.

1  Accordingly, it is hereby ORDERED that the order to show cause, filed May 11, 2012, is DISCHARGED.

IT IS SO ORDERED.

Dated:   May 30, 2012                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE