UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS, | 1:12-cv-0105-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| TORDSEN, et al., | (ECF No. 30) |
| Defendants. | |

Plaintiff Lanard Kitchens ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 30.) Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

-1-

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 9, 2013, are adopted in full;

2. This action proceed as one for damages on Plaintiff's First Amendment retaliation claim against Defendant Tordsen and his Fourteenth Amendment due process claim against Defendants Tordsen, Coker, Leach, and Day;

3. Plaintiff's First Amendment retaliation claim against Defendants Coker, Leach, and Day is DISMISSED with prejudice;

4. Plaintiff's claims that Defendants Marryanne Tordsen and Costa violated his rights under Cal. Code of Regulations §§ 3370(c), 3450 as well as Cal. Department Operations Manual § 54046.8 is DISMISSED with prejudice;

5. Plaintiff's claims that Defendant Marryanne Tordsen violated Cal. Code of Regulations §§ 3361(a), 3354.2(c)(1) is DISMISSED with prejudice;

6. Plaintiff's claim that Defendant Marryanne Tordsen violated Cal. Civ. Code 56.10 is DISMISSED with prejudice;

7. Plaintiff's claim for declaratory relief is DISMISSED; and

8. Defendants Marryanne Tordsen and Costa are dismissed from this action.

IT IS SO ORDERED.

Dated:   May 30, 2013

SENIOR DISTRICT JUDGE

-2-