# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS, | 1:12-cv-0105-AWI-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| TORDSEN, et al., | (ECF No. 30) |
| Defendants. | |

Plaintiff Lanard Kitchens ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 9, 2013, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 30.) Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 9, 2013, are adopted in full;
2. This action proceed as one for damages on Plaintiff's First Amendment retaliation claim against Defendant Tordsen and his Fourteenth Amendment due process claim against Defendants Tordsen, Coker, Leach, and Day;
3. Plaintiff's First Amendment retaliation claim against Defendants Coker, Leach, and Day is DISMISSED with prejudice;
4. Plaintiff's claims that Defendants Marryanne Tordsen and Costa violated his rights under Cal. Code of Regulations §§ 3370(c), 3450 as well as Cal. Department Operations Manual § 54046.8 is DISMISSED with prejudice;
5. Plaintiff's claims that Defendant Marryanne Tordsen violated Cal. Code of Regulations §§ 3361(a), 3354.2(c)(1) is DISMISSED with prejudice;
6. Plaintiff's claim that Defendant Marryanne Tordsen violated Cal. Civ. Code 56.10 is DISMISSED with prejudice;
7. Plaintiff's claim for declaratory relief is DISMISSED; and
8. Defendants Marryanne Tordsen and Costa are dismissed from this action.

IT IS SO ORDERED.

Dated:   May 30, 2013

SENIOR DISTRICT JUDGE