1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8

LANARD KITCHENS                         CASE NO.   1:12-cv-0105-AWI-MJS (PC)
9
                        Plaintiff,       FINDINGS   AND   RECOMMENDATIONS
10                                        DENYING  PLAINTIFF'S  MOTION  FOR
         v.                              INJUNCTIVE RELIEF
11
TORDSEN, et al.,                         (ECF No. 27)
12
                        Defendants.       OBJECTIONS DUE WITHIN FOURTEEN
13                                        DAYS
                                    /
14

15         Plaintiff Lanard Kitchens ("Plaintiff") is a state prisoner proceeding pro se and in

16   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

17         Before the Court is Plaintiff's motion for a preliminary injunction.  (ECF No. 27.)

18   Plaintiff asks that the Court order Atascadero State Hospital to comply with state

19   regulations and provide him with a copy of his "Designated Case Record Set."  (Id.)

20         Plaintiff's First Amended Complaint complains of constitutional violations at Kings

21   County Jail.  (ECF No. 26, 28, 30, 32.)  It states a cognizable First Amendment claim

22   against Defendant Tordsen for retaliation and a Fourteenth Amendment claim against

23   Defendants Tordsen, Coker, Leach, and Day for subjecting Plaintiff to unconstitutional

24   conditions of confinement.  (Id.)

25         The purpose of a preliminary injunction is to preserve the status quo if the balance

26   of equities so heavily favors the moving party that justice requires the court to intervene to

27   secure the positions until the merits of the action are ultimately determined.  University of

28   Texas v. Camenisch, 451 U.S. 390, 395 (1981).  A preliminary injunction is available to a

1  plaintiff who "demonstrates either (1) a combination of probable success and the possibility

2  of irreparable harm, or (2) that serious questions are raised and the balance of hardship

3  tips in its favor." Arcamuzi v. Continental Air Lines, Inc., 819 F.2d 935, 937 (9th Cir. 1987).

4  Under either approach the plaintiff 'must demonstrate a significant threat of irreparable

5  injury." Id. Also, an injunction should not issue if the plaintiff "shows no chance of success

6  on the merits." Id. At a bare minimum, the plaintiff "must demonstrate a fair chance of

7  success on the merits, or questions serious enough to require litigation." Id.

8      Federal courts are courts of limited jurisdiction, and as a preliminary matter, the

9  Court must have before it an actual case or controversy. City of Los Angeles v. Lyons, 461

10 U.S. 95, 102 (1983); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006).

11 If the Court does not have an actual case or controversy before it, it has no power to hear

12 the matter in question. Id.

13     Plaintiff's First Amended Complaint in this action alleges that defendants' violated

14 his constitutional rights while he was incarcerated at Kings County Jail. (ECF No. 26.)

15 That pleading defines the controversy before the Court in this case. The defendants here

16 do not have any ties to Atascadero State Hospital. Plaintiff raises no claims against that

17 hospital or about a failure to provide a "Designated Case Record Set." An order relating

18 to documents at Atascadero State Hospital would not remedy the claim upon which this

19 action proceeds. The Court therefore lacks jurisdiction to issue the order sought by

20 Plaintiff.

21     Accordingly, for the reasons stated above the Court RECOMMENDS that Plaintiff's

22 motion for a preliminary injunction (ECF No. 28) be DENIED without prejudice.

23     These findings and recommendation are submitted to the United States District

24 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).

25 Within fourteen (14) days after being served with these findings and recommendation, any

26 party may file written objections with the Court and serve a copy on all parties. Such a

27 document should be captioned "Objections to Magistrate Judge's Findings and

28 Recommendation." Plaintiff is advised that failure to file objections within the specified time

1  may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th

2  Cir. 1991).

3

4

5  IT IS SO ORDERED.

6  Dated:  August 13, 2013                      /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28