# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,<br><br>             Plaintiff,<br><br>     v.<br><br>TORDSEN, et al.,<br><br>             Defendants. | Case No. 1:12-cv-0105-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>ECF No. 34 |

Plaintiff Lanard Kitchens ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 24, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 13, 2013, the Magistrate Judge filed a Findings and Recommendations ("F&R"), recommending that Plaintiff's motion for injunctive relief be denied. (ECF No. 34.) Plaintiff has failed to file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 13, 2013, are adopted in full; and

2. Plaintiff's motion for injunctive relief (ECF No. 27) is DENIED.

IT IS SO ORDERED.

Dated:   September 11, 2013                           _____
                                                                          SENIOR DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28