# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,<br><br>    Plaintiff,<br><br>    v.<br><br>TORDSEN, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-0105-AWI-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR AN ENTRY OF DEFAULT<br><br>(ECF No. 45) |

    Plaintiff Lanard Kitchens ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Plaintiff initiated this action on January 24, 2012. (ECF No. 1.) On February 28, 2013, the Court found that Plaintiff stated a cognizable First Amendment claim against Defendant Tordsen and an Eighth Amendment claim against Defendants Tordsen, Coker, Leach, and Day. (ECF Nos. 28-30, 32.) On August 14, 2013, the Court ordered the United States Marshall to serve Defendants Tordsen, Coker, Leach, and Day and set a service deadline of December 16, 2013. (ECF No. 36.) Defendants Cocker, Day, and Leach have since filed an Answer. (ECF No. 38.) As of this date, the Court has not received any evidence indicating that Defendant Tordsen has been served.

On November 18, 2013, Plaintiff filed a motion requesting that the Court enter an order of default judgment against Defendant Tordsen. (ECF No. 45.)

A default, followed by a default judgment, cannot be taken unless and until a defendant has been served and fails to file a responsive pleading within the time allowed. Fed. R. Civ. P. 55(a). That has not happened with regard to Defendant Tordsen. There is no evidence that Defendant Tordsen has yet been served.

Accordingly, Plaintiff having presented no basis upon which a default could be taken against Defendant Tordsen, his motion for a default judgment is DENIED.

IT IS SO ORDERED.

Dated:   November 20, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE