UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,<br><br>    Plaintiff,<br><br>    v.<br><br>TORDSEN, et al.,<br><br>    Defendants. | CASE NO. 1:12-cv-0105-AWI-MJS (PC)<br><br>**ORDER DENYING OPPOSITION TO SUBPOENA**<br><br>**(ECF No. 70)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 10.) This matter proceeds on Plaintiff's first amended complaint against Defendant Dwayne Tordsen for retaliation in violation of the First Amendment and against Defendants Dwayne Tordsen, Coker, Leach and Day for subjecting Plaintiff to conditions of confinement that amounted to punishment in violation of the Fourteenth Amendment. (ECF No. 28.)

Before the Court is Plaintiff's objection to Defendants' subpoenas for documents, information, or objects, which the Court construes as a motion to quash. (ECF No. 70.) Defendants did not respond, and the time for doing so has passed. This matter is deemed submitted.

The subpoenas at issue sought medical and mental health records concerning Plaintiff from Atascadero State Hospital, the California Department of Corrections and

Rehabilitation, and the Kings County Jail. Plaintiff objects to the subpoenas on the grounds that the requested records are not relevant, his medical information is protected by HIPPA, and the subpoenas were untimely under the Court's discovery and scheduling order (ECF No. 40). Additionally, Plaintiff contends he already has provided Defendants with his relevant medical files, and there is no need for Defendants to request his entire medical and psychiatric file.

The subpoenas commanded that production of Plaintiff's records take place on May 30, 2014. Plaintiff's motion was filed on June 2, 2014. Accordingly, at the time Plaintiff filed his motion, the Court could not strike the subpoenas because they already had been executed. Plaintiff does not seek any other relief with respect to the subpoenaed materials. Plaintiff's opposition is moot.

Accordingly, Plaintiff's opposition (ECF No. 70) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   October 30, 2014           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE