UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,<br><br>            Plaintiff,<br><br>    v.<br><br>TORDSEN, et al.,<br><br>            Defendants. | CASE NO. 1:12-cv-0105-AWI-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SUBPOENA UNINCARCERATED WITNESSES FOR FAILURE TO REMIT STATUTORY FEES**<br><br>**(ECF No. 90)** |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1, 10.) This matter proceeds against Defendant Tordsen on Plaintiff's First Amendment retaliation claim, and against Defendants Tordsen, Coker, Leach and Day on Plaintiff's Fourteenth Amendment claim for subjecting Plaintiff to conditions of confinement that amounted to punishment. (ECF No. 28.) Trial is set for October 27, 2015. (ECF No. 85.)

**I.    REQUEST TO SUBPOENA UNINCARCERATED WITNESSES**

Plaintiff's July 6, 2015 Motion to Subpoena Witnesses Who Refuse to Testify Voluntarily sought to compel the presence of eight California Forensic Medical Group (CFMG) staff members at trial on October 27, 2015.   In an order dated July 28, 2015,

the Court took the subpoena request under submission, and advised Plaintiff that he was required to pay $79.10 in witness fees and travel expenses for each prospective witness by August 31, 2015, in order for the subpoenas to issue. (ECF No. 92.)

The August 31, 2015 deadline has come and gone, and Plaintiff has not submitted money orders covering the required witness fees or requested an extension of time to do so. Accordingly, the Court will deny Plaintiff's motion for subpoenas.

## II.  CONCLUSION AND ORDER

Plaintiff's motion to subpoena unincarcerated witnesses unwilling to testify voluntarily (ECF No. 90) is HEREBY DENIED for failure to remit the statutorily required witness fees.

IT IS SO ORDERED.

Dated:   September 10, 2015            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE