FILED

NOV 02 ~~2014~~ 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANARD KITCHENS,** | Case No. 1:12-CV-00105-SJM MJS-PC |
| Plaintiff, | ORDER TO RETURN PLAINTIFF **TO COURT FOR CONTINUING JURY TRIAL FROM DAY TO DAY UNTIL COMPLETION** |
| v. | |
| **LEACH, ET AL.,** | |
| Defendants. | |

Accordingly, Plaintiff Lanard Kitchens, CDCR #A1-2980, is required to be present at the jury trial commencing on November 2, 2015, and continuing from day to day, until completed and, as such, the writ of habeas corpus ad testificandum issued on October 5, 20115, remains in effect.

DATED: November 2, 2015

_____
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

1