

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**LANARD KITCHENS,**

    Plaintiff,

  v.

**LEACH, ET AL.,**

    Defendants.

Case No. 1:12-CV-00105-SJM MJS-PC

**ORDER TO RETURN PLAINTIFF TO COURT FOR JURY TRIAL, FROM DAY TO DAY, UNTIL COMPLETED**

Accordingly, Plaintiff Lanard Kitchens, CDCR #AL-2980, is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison.

DATED: November 4, 2015

STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

1