UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

LANARD KITCHENS,

    Plaintiff,                                Case No. 1:12-00105- SJM MJS-PC

v.                                                  HONORABLE STEPHEN J. MURPHY, III

DEPUTY TORDSEN, et al.,

    Defendants.
_____/

### ORDER GRANTING MOTION TO EXTEND (document no. 128)

The Court has reviewed Plaintiff's Motion for a thirty day extension of time to file a Notice of Appeal, motion for judgment as a matter of law, motion for a new trial, and a motion for relief from final judgment. Plaintiff's motion (document no. 128) is hereby **GRANTED**. He has until January 1, 2016 to file the motions.

    **SO ORDERED**.

                                            s/Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: November 24, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2015, by electronic and/or ordinary mail.

                                            s/Michelle Rooney
                                            Case Manager