UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LANARD KITCHENS,

       Plaintiff,                           Case No. 12-cv-00105

v.                                      HONORABLE STEPHEN J. MURPHY, III

LEACH, et al.,

       Defendant.

_____/

**ORDER REGARDING PLAINTIFF'S MOTION
FOR RELIEF FROM A FINAL JUDGMENT (document no. 141)**

In November 2015, the Court held a jury trial in the present case. The jury returned a verdict in favor of the defendants. In January 2016, Kitchens filed a notice of appeal. ECF No. 132. Kitchens then filed motion to stay the appeal because he intended to file a post-judgment motion with the District Court. The Court of Appeals granted a sixty day stay, "pending notification to [the Court of Appeals] that the district court is likely to consider the Rule 60(b) motion." Order 1, ECF No. 140. The order further "note[d] that the district court cannot consider a Rule 60(b) motion unless appellant filed a motion for limited remand of this appeal to the district court. . . . Any motion for a limited remand must state that the district court has expressed a willingness to consider the Rule 60(b) motion." *Id.* Three weeks later Kitchens filed a motion for relief from final judgment. ECF No. 141.

Under Civil Rule 62.1:

> (a) Relief Pending Appeal. If a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending, the court may:
>    (1) defer consideration of the motion;
>    (2) deny the motion; or
>    (3) state that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue.

Fed. R. Civ. P. 62.1(a); *see also* Fed. R. App. P. 12.1.

The Court has reviewed Kitchens' motion for relief from judgment and does not believe that it is meritorious. The Motion for Relief from Judgment is therefore **DENIED**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge