UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARDSEN, et al.,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-00105-SJM-MJS (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR REPORTER'S TRANSCRIPT AT GOVERNMENT EXPENSE**<br><br>**(ECF No. 139)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter, now closed, proceeded against Defendant Tardsen on Plaintiff's First Amendment retaliation claim, and against Defendants Tardsen, Coker, Leach and Day on Plaintiff's Fourteenth Amendment claim for subjecting Plaintiff to conditions of confinement that amounted to punishment. The matter was tried to a jury, and judgment was entered in favor of Defendants. (ECF Nos. 116, 119, 120, 124.) Plaintiff appealed. (ECF No. 132.)

On February 3, 2016, Plaintiff filed a motion with this Court requesting transcripts at the government's expense. (ECF No. 136.) On February 22, 2016, this Court denied Plaintiff's motion without prejudice. (ECF No. 138.) On March 28, 2016, Plaintiff filed another motion with this Court requesting transcripts at the government's expense. (ECF No. 139.) That motion is presently before the Court. On April 22, 2016, Plaintiff filed a

motion for relief pursuant to Federal Rule of Civil Procedure 60(b). (ECF No. 141.) That motion was denied on May 6, 2016. (ECF No. 142.)

On May 16, 2016, Plaintiff filed a motion with the Ninth Circuit Court of Appeals requesting transcripts at the government's expense. (ECF No. 144.) On July 29, 2016, the Ninth Circuit issued an order construing Plaintiff's motion as a notice of appeal from this Court's May 6, 2016 order denying Plaintiff's motion for Rule 60(b) relief. (ECF No. 143.) Therein, the Ninth Circuit Court of Appeals denied Plaintiff's motion for transcripts without prejudice to Plaintiff making a further showing in that court of his need for transcripts for purposes of appeal. (ECF No. 143.)

As the issue of Plaintiff's need for transcripts for purposes of appeal is pending before the Ninth Circuit, Plaintiff's March 28, 2016 motion in this court for transcripts at the government's expense (ECF No. 139) is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: August 1, 2016   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE